FILED

2012 DEC 20  PM 4: 19

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA

BY _____

Ross Meador (SBN 127734)
Alan Engle (SBN 224779)
alan.engle@meenlegal.com
MEADOR & ENGLE
155 N. Riverview Dr., Suite 313
Anaheim Hills, CA 92808
Telephone: (310) 428-6985
Facsimile: (714) 386-5368
Attorneys for Plaintiff Craneballs Studios, LLC

UNITED STATES DISTRICT COURT FOR THE

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRANEBALLS STUDIOS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>FEELINGTOUCH, INC.; FT GAMES;<br>LIANWU PAN; AND DOES 1-10,<br><br>Defendants. | Case No.:   **SACV 12 - 02196 JVS (ANx)**<br><br>**COMPLAINT FOR COPYRIGHT INFRINGEMENT**<br><br><br>**DEMAND FOR JURY TRIAL** |

Plaintiff Craneballs Studios, LLC ("Craneballs" or "Plaintiff"), by and through its attorneys, brings this Complaint against Defendants Feelingtouch, Inc., FT Games, Lianwu Pan, and any related business entities, incorporated or not, currently designated as Does 1-10 (collectively, "Feelingtouch" or "Defendants") for injunctive relief and damages under the laws of the United States, as follows:

## NATURE OF THE ACTION

1. Plaintiff Craneballs is a successful dev eloper of original video games for the iOS (iPhone/iPad) and Android platforms. One of Craneballs' most

popular games is *Overkill*, which has been downloaded more than 10 million times from various online channels, including iTunes, Google Play (formerly Google Marketplace), and the Amazon.com App Store. *Overkill* has over 135,000 customer reviews on iTunes, with an average rating of 4.6 of 5 stars. A printout of *Overkill's* iTunes product page is attached as Exhibit 1. The Android version of *Overkill* has over 25,000 reviews on Google Play and is also rated 4.6 out of 5 stars. A printout of *Overkill's* Google Play product page is attached as Exhibit 2. Craneballs devoted over 5,000 hours to the conception and development of *Overkill* and owns all intellectual property rights associated with the title.

2. Feelingtouch is a Chinese game maker that also makes and distributes video games for the Android and iOS platforms. Feelingtouch's game development strategy is based in whole or part on copying of successful games from other developers, sometimes "porting" them to a different operating system before the original publisher. This is suggested by a 2011 article in *Pocket Gamer*, attached as Exhibit 3, which discusses Feelingtouch's *Rope Cut* and notes that it is nearly identical to developer Chillingo's successful iOS game, *Cut the Rope*. Among other things, the article notes, "Feelingtouch's game is about as blatant a copy of an existing title as we've seen in a long time."

3. Feelingtouch's most successful game is *Gun & Blood*, with between 5 and 10 million downloads on Google Play since April 2012. *Gun & Blood* is little more than a wholesale clone of Craneballs' *Overkill*, with nearly identical gameplay, graphics, sound, design elements, menus, pacing, structure, etc., such that the overall impression and effect of playing the two games is virtually indistinguishable. A screenshot of the Google Play product page for *Gun & Blood* is attached hereto as Exhibit 4. A side-by-side comparison showing some of the striking similarities between the games attached as Exhibit 5. Among other things, Exhibit 5 shows that *Gun & Blood* is simply a clone of *Overkill*

2

with minor alterations and not an independent creative work.

4. In May 2012, Craneballs sent Feelingtouch a cease and desist letter demanding that it stop infringing Craneballs' intellectual property rights. A copy of the letter is attached as Exhibit 6. Feelingtouch received Craneballs' letter but not respond and instead continued to expanded its distribution of *Gun & Blood*.

5. To remedy Feelingtouch's continuing willful infringement, Craneballs brings this action for injunctive relief and damages, and Feelingtouch's unjust profits, gains and advantages as a proximate result of its infringement under the Copyright Act of 1976, as amended, 17 U.S.C. § 101 et seq.

## THE PARTIES

6. Plaintiff Craneballs Studios, LLC is a Nevada corporation with its principal place of business in Ostrava, Czech Republic.

7. Feelingtouch and FT Games are a business entity headquartered in Hangzhou (杭州), Zhejiang Province, China. The names Feelingtouch and FT Games are often used interchangeably by the entity on its website (www.feelingtouch.com) and in online stores that distribute their games. On information and belief, neither company nor any related entity is incorporated in the U.S. On information and belief, Feelingtouch and FT games are the alter ego of founder Lianwu Pan.

## JURISDICTION AND VENUE

8. This action arises under the copyright laws of the United States, 17 U.S.C. § 501, *et seq.*

9. This Court has jurisdiction over the federal causes of action pursuant to 17 U.S.C. § 501, 28 U.S.C. §§ 1331 and 1338.

10. Venue is proper in this District under 28 U.S.C. § 1391(b) and (c).

11. This Court has personal jurisdiction over defendants, who transact significant business in this District and have committed acts of infringement within this District.

COMPLAINT FOR COPYRIGHT INFRINGEMENT

# FACTUAL ALLEGATIONS

12. Craneballs is a successful and growing video game company founded by three friends in 2008. In March 2011, Craneballs published *Overkill*, a first person action shooting game for the iOS platform on iTunes. In *Overkill* a player faces successive waves of gun-toting enemies in different environments and, using a touch screen, must aim and shoot at the enemies before being eliminated by them. By prevailing over waves of enemies the player earns medals, which can be used in an in-game store to upgrade existing or purchase new weapons and items for use in the game. *Overkill* has 18 different weapons, each with numerous means of customization (e.g., improved gun scope, less recoil, etc.). The process of clearing enemies, upgrading weapons, and gaining greater power gives the player a personal connection to his customized character and provides a sense of progress, making *Overkill* a compelling game experience. While *Overkill* is free to download, medals can be purchased by players for real money (e.g., 70 medals for $5.99) to ease a player's way through the game.

13. *Overkill* was released on iTunes on March 17, 2011 and was an immediate hit, debuting in the top 10 and remaining one of the top 50 action games for the iOS for over six months. To date over 8 million users have downloaded the iOS version of *Overkill*.

14. *Overkill*, like all computer programs, was designed and programmed for a particular platform, the iOS operating system used by the Apple iPhone and iPad. There are currently two dominant operating system in the rapidly growing smartphone/tablet market, iOS and Android. It is very common for a company with a successful iOS or Android game to "port" the program to the other operating system. Such ports are also common in the desktop computer space, where the Windows and Macintosh operating systems dominate, and in the consol game market, where the same game is often sold across multiple platforms, such as the Sony Playstation, XBOX 360, and Nintendo Wii.

15. Having achieved success with *Overkill* on the iOS, Craneballs was eager to introduce a version for the Android operating system. The Android version of *Overkill* was almost guaranteed to be a hit, as the iOS version of the game already had millions of fans.

16. Craneballs' port of *Overkill* for Android was first introduced on Google Play, the largest market for Android applications, on December 14, 2011. While the game was successful and rapidly gained market share, it was not as popular as it had been for the iOS. Craneballs began to ramp up its marketing efforts to increase the penetration of *Overkill* on Android systems. To date the Android version of *Overkill* has been downloaded approximately 2 million times.

17. In the Spring of 2012, Craneballs became aware of *Gun & Blood*, a clone of *Overkill* that was doing well on the Android platform. Frustrated that Feelingtouch was using its own creative work to generate significant profits, Craneballs produced a short side-by-side comparison of the games and called out Feelingtouch for copying its work. Exhibit 5. On April 19, 2012, Craneballs posted a link to the comparison on Twitter with the message, "Find 5 differences between Overkill and its copycat called Gun & Blood! Isn't it mission impossible? Check the picture."

18. To add injury to insult, *Gun & Blood* had become one of the top 20 most popular games on Google Play during the Spring of 2012. Because Feelingtouch copied its work and was receiving unearned credit and taking market share, Craneballs sent Feelingtouch a cease and desist letter on May 3, 2012. Exhibit 6. Befitting of its status as a small company with no interest in protracted litigation, Craneballs' letter discusses relevant legal authority but offers to allow Feelingtouch to continue distributing *Gun & Blood* under license. Feelingtouch did not respond to the letter, though it has discussed it with at least one third party. Feelingtouch apparently believes its location in China places it beyond the reach of U.S. copyright law, though the U.S. is its largest market and

its games are hosted on and downloaded from U.S. servers owned by U.S. companies such as Apple and Google.

19. In November 2012, while considering its next move, the issue of Feelingtouch's copying was highlighted in a particularly exasperating manner. *Gun & Blood* was awarded the $200,000 grand prize for games in the Samsung Smart App Challenge, a competition intended to reward developers of "innovative apps" for Samsung's Galaxy Note and Tab devices. The award was open to games and applications distributed via the Samsung Apps online marketplace, a competitor of Google Play. Not only had Feelingtouch not ceased distribution of *Gun & Blood*, it had expanded it to new platforms and, in doing so, received a major award. Needless to say, a major award from a leading manufacturer of Android devices can significantly enhance the prospects of a game developer.

20. The fact that a cloned title could win such a prestigious and lucrative award has been the subject of commentary within the mobile game industry. For example, Appaddict.net published an article entitled, "Copycatter Samsung Rewards Top Prize In Their Android Gaming Competition To Another Blatant iOS Copycat." Exhibit 7. Among other things, the article notes, "It is sickening to see Samsung actively rewarding and promoting such behavior and calling it innovative….Instead you are just hurting a hard-working indie developer and sending the wrong message, saying that it's alright to clone."

21. On November 28, 2012, the Malaysian mobile gaming website Nineoverten.com ran an article headlined, "Feelingtouch Plagiarises Hit iOS Title Overkill & Wins Samsung Smart App Challenge." Exhibit 8. The article notes, "Imagine that you have it good with a hit game on both Android and iOS platforms, and someone plagiarises your game, submits that new game into a competition and then wins it. The whole scenario sounds incredulous, but for the sake of argument, if I were the developer of the plagiarised game, I would be

totally incensed and would go on a warpath to set things straight."  While Craneballs initially complained to Samsung about the award, it has decided that the preferred vehicle for obtaining redress for Feelingtouch's infringement is this lawsuit.

22.  Craneballs has standing to bring this suit as a result of having filed an expedited application with the Copyright Office for registration of its copyright in *Overkill* ("Copyrighted Work").  Exhibit 9.  Feelingtouch has and continues to willfully use, leverage, and profit from Craneballs' Copyrighted Work without permission.  Though its actions Feelingtouch has and continues to violate Craneballs' rights under federal law.

**FIRST CAUSE OF ACTION**

**(Federal Copyright Infringement, 17 U.S.C. § 501)**

23.  Craneballs repeats, realleges, and incorporates each allegation of the forgoing paragraphs, as though fully set forth in this cause of action.

24.  At all relevant times, Craneballs has owned all applicable right, title, and interest in and to *Overkill* ("Copyrighted Work").

25.  Craneballs has complied in all respects with Title 17 of the United States Code, applied for the exclusive rights and privileges in and to the above referenced Copyrighted Work, and is awaiting from the Register of Copyrights the appropriate certificates of registration.

26.  Defendants have infringed and continue to infringe Craneballs' copyright by copying, using, and distributing Craneballs' Copyrighted Work in and from the United States without the consent of Craneballs and in disregard of Craneballs' exclusive rights under copyright.

27.  Defendants have acted with full knowledge of Plaintiff's rights under copyright without regard for the damage to plaintiff caused by defendants' activities.

28.  Defendants' use, reproduction, and distribution of the Copyrighted Work has been and is without authorization and without Craneballs' consent.

29.  Defendants' actions demonstrate an intentional, willful, and malicious intent to infringe upon plaintiff's copyright resulting in injury to plaintiff.

30.  Defendants have unlawfully and wrongfully derived, and will continue to derive, income and profits from their infringing acts.

31. Plaintiff has no adequate remedy at law. The conduct of Defendants has caused and, if not enjoined, will continue to cause irreparable damage to the rights of Plaintiff.

32. As a result of Defendants' wrongful conduct, Plaintiff is entitled to injunctive relief and damages in an amount to be proven at trial.

## PRAYER FOR RELIEF

WHEREFORE, Craneballs prays for judgment against defendants and for injunctive and monetary relief as follows:

a.     For an injunction enjoining and restraining defendants and all persons or entities acting in concert with them, from manufacturing, producing, distributing, adapting, displaying, advertising, promoting, offering for sale and/or selling, any materials that are substantially similar to *Overkill*, including *Gun & Blood* and infringing derivatives thereof;

b.     An award to Craneballs of damages it has sustained or will sustain by reason of defendants' conduct, all profits derived by defendants from such conduct, or in lieu of any portion thereof, should Craneballs so elect, such statutory damages as provided by law;

c.     The defendants account for and disgorge to plaintiff profits realized by defendants by reason of defendants' unlawful acts herein alleged and that those disgorged profits be increased as provided by law;

d.     Craneballs' costs and reasonable attorneys' fees;

e.     Prejudgment and post-judgment interest;

f.      All such further and additional relief, in law or in equity, to which Craneballs may be entitled or which the Court deems just and proper.

**JURY DEMAND**

Plaintiffs demand a trial by jury.


Dated: December 19, 2012                          MEADOR & ENGLE

                                                  _____
                                                  Alan Engle
                                                  Counsel for Plaintiff
                                                  Craneballs Studios, LLC

# EXHIBIT 1



SURVIVAL

# Overkill

Craneballs Studios LLC ›

★★★★★ (117)
Rated 12+

This app is designed for both iPhone and iPad

Download

**TOP IN-APP PURCHASES**

| | | |
|---|---|---|
| 1. | 70 OM | $5.99 |
| 2. | 30 OM | $2.99 |
| 3. | 300 OM | $14.99 |
| 4. | 165 OM | $7.99 |
| 5. | 800 OM | $29.99 |

© 2012 Craneballs Studios LLC

**Details**   Ratings and Reviews   Related

## Screenshots

iPhone | iPad





## Description

Overkill is about shooting. Overkill is about loving and upgrading your gun. Overkill is about shedding the blood of your enemies and not having yours spilled. You will need quick reflexes and superior aiming skills to shoot your way out of this one. Do you have what it takes to clear all levels?

▪▪▪ SURVIVAL MODE ▪▪▪▪...

More ▼

## What's New in Version 2.3.2   Posted Nov 30, 2012

-Overkill tournament update
-We've added a delete button to unfriend people from your friend list.

Show All Versions ▼

## Information

| Seller | Craneballs Studios, LLC |
|---|---|
| Category | Games |
| Updated | Nov 30, 2012 |
| Version | 2.3.2 |
| Size | 94.5 MB |

# EXHIBIT 2



**Overkill**
Craneballs Studios LLC



★★★★★ (26,870)

INSTALL

OVERVIEW | USER REVIEWS | WHAT'S NEW | PERMISSIONS

 5.8k

Tweet

✓ This app is compatible with all
   of your devices. [+]

More from developer



**SuperRope**
CRANEBALLS STUDIOS LLC
★★★★★ (608)
Free



**Fish Heroes**
CRANEBALLS STUDIOS LLC
★★★★★ (26)
Free

See more ›

Users who viewed this also viewed



**Grand Theft Auto III**
ROCKSTAR GAMES, INC. ◆
★★★★☆ (27,415)
$4.99



**Wild Blood**
GAMELOFT ◆
★★★★★ (6,799)
$6.99



**9th Dawn RPG**
VALORWARE
★★★★★ (326)
$1.99



**Marv The Miner 3: The Wa...**
DIGIMENT
★★★★★ (7)
$2.99

Users who installed this also installed



**Gaslight**
PIXOFACTOR, LLC
★★★★☆ (195)
Free

## Description

Overkill is about shooting. Overkill is about loving and upgrading your gun. Overkill is about shedding the blood of your enemies and not having yours spilled. You will need quick reflexes and superior aiming skills to shoot your way out of this one. Do you have what it takes to clear all levels?

\*\*\* NEW MULTIPLAYER \*\*\*
Find yourself a worthy opponent and compete head-on with other players (3G and Wi-Fi). Become the best and boast your position in the top ranks!

GO CROSS-PLATFORM: Have Apple players for breakfast! Take part in the fight and represent your platform!

MORE

Visit Developer's Website ›    Email Developer ›

## App Screenshots




## Videos



ABOUT THIS APP

RATING:
★★★★★
(26,870)

UPDATED:
December 6, 2012

CURRENT VERSION:
2.0.8

REQUIRES ANDROID:
2.3 and up

CATEGORY:
Arcade & Action

INSTALLS:
1,000,000–5,000,000

last 30 days

SIZE:
68M

PRICE:
Free

CONTENT RATING:
Medium Maturity

# EXHIBIT 3

www.pocketgamer.co.uk/r/Android/Rope+Cut/news.asp?c=26573



- HALL OF FAME
- ADVERTISE
- GAMES ARCHIVE

**MORE PG SITES**
- POCKETGAMER.biz
- POCKETGAMER FRANCE
- POCKETGAMER GERMANY

**MORE SM SITES**
- APPSPY
- FREE APP ALLIANCE
- POCKETPICKS
- QUALITY INDEX

**FREE STUFF**
- COMPETITIONS
- FREE IPHONE GAMES
- MOBILE GAME DEMOS
- PSP GAME DEMOS
- DS GAME DEMOS

**BUY GAMES**
- BUY MOBILE GAMES
- BUY PSP GAMES
- BUY DS GAMES
- SPECIAL OFFERS

**SPONSOR LINKS**

**INDUSTRY**

**PARTNERS**













**ANDROID NEWS**

Printable version | Send to a friend

# Free Cut the Rope copycat arrives on Android before official game

*Attack of the clones*

  
Summary | **News** | Review | Screens | Videos | Articles | Tips

**Product:** Rope Cut | **Publisher:** Feelingtouch | **Genre:** Arcade, Puzzle
**For:** Android   **Also on:** PG.Biz

submit   +1 ⟨0⟩   Tweet ⟨9⟩   Like ⟨1⟩

by **Will Wilson**

Android owners waiting patiently for ZeptoLab and Chillingo to port *Cut the Rope* must have been overjoyed this morning to find the critically acclaimed puzzler waiting for them on the Android Market for free.

But wait, what's this? *Rope Cut*? Has it been renamed? Why has the cute little green Om Nom been changed into a cute little green snake?

As eagle-eyed readers (or just those who read the headline before clicking) will have spotted, *Rope Cut* isn't in fact *Cut the Rope*, although apart from the lack of a definite article in the title and the presence of the aforementioned snake, it's hard to see the difference between the two games.

That's because Feelingtouch's game is about as blatant a copy of an existing title as we've seen for a long time, with everything from the gameplay to the graphics themselves bearing more than a passing resemblance to the iOS hit.

The company even cheekily describes the title as 'Cut the Rope - Android version' on its Facebook page, which is a little rum.

While it's unlikely to sucker in too many people into thinking it's the real deal, it does once again highlight the growing trend of copycat games on mobile platforms.


Image gallery >>

submit   +1 ⟨0⟩   Tweet ⟨9⟩   Like ⟨1⟩

   




**Will Wilson** 10 January 2011

---

...filled error
**Android, Xperia Play**

- **[Update] Angry Birds Star Wars: Golden Droid locations and bonus levels** iPhone, Multiformat

- **Grand Theft Auto: Vice City** iPad, Android, iPhone

- **[Update] Great Big War Game made £52 in a week on Windows RT, while iOS and Android versions made thousands** Windows 8, Multiformat

**LATEST COMMENTS**

- Run the toystore (1)
- Avengers Initiative (1)
- [Update] Great Big War Game made £52 in a week on Windows RT, while iOS and Android versions made thousands (2)
- Watch players shatter cubelets in real time after latest Curiosity update (1)
- [Update] Modern Combat 4: Zero Hour storms Google Play, suffers download issues (2)
- Gold Award-winning iOS brawler Punch Quest is heading to Android, courtesy of Noodlecake Games (1)
- [Update] Advent 2012 deals round-up: Extinction Squad, The Blocks Cometh, The Curse, and more (5)
- Rovio's Angry Birds franchise celebrates its 3rd birthday (1)

**LATEST NEWS**

- Rovio recruits Despicable Me producer John Cohen to work on Angry Birds movie **Android**
- Watch players shatter cubelets in real time after latest Curiosity update **Android**
- [Update] Great Big War Game made £52 in a week on Windows RT, while iOS and

# EXHIBIT 4

ps://play.google.com/store/apps/details?id=com.feelingtouch.strikeforce&feature=search_result#?t=W251bGwsMSwxLDEsImNvbS5mZWVsaW 🔍 ☆



**Gun & Blood**
FT Games



★ ★ ★ ★ ★ (114,499)

[ INSTALLED ]

OVERVIEW   USER REVIEWS   WHAT'S NEW   PERMISSIONS

✅ This app is compatible with all of your devices. [+]

More from developer

 **Zombie Evil**
FT GAMES
★ ★ ★ ★ ★ (28,060)
Free

 **Zombie Frontier**
FT GAMES
★ ★ ★ ★ ★ (79,682)
Free

 **Death Racing**
FT GAMES
★ ★ ★ ★ ★ (73,184)
Free

 **Zombie Terminator**
FT GAMES
★ ★ ★ ★ ★ (16,700)
Free

See more ,

Users who viewed this also viewed

 **SHADOWGUN**
MADFINGER GAMES
★ ★ ★ ★ ★ (9,054)
$4.99

 **Guerrilla Bob**
ANGRY MOB GAMES
★ ★ ★ ★ ★ (2,167)

## Description

Gun & Blood: Kill Kony
Listen up man; it is time to kill all terrorists. You are one of the strike forces to destroy anything blocked on your way.

Features:
. Weapon store: from desert eagle, UMP, AK-47 to Barrett. Enjoy the power

. Weapon upgrades: more than 100 guns accessories. From stock, scope, barrel to others you can image.

[ MORE ]

Email Developer ,

## App Screenshots

 ‹  ›

## User Reviews  [ Write a Review ]

 🔴 +1  42k
🐦 Tweet

**ABOUT THIS APP**

RATING:
★ ★ ★ ★ ★
(114,499)

UPDATED:
October 31, 2012

CURRENT VERSION:
1.08

REQUIRES ANDROID:
2.2 and up

CATEGORY:
Arcade & Action

INSTALLS:
5,000,000 - 10,000,000



last 30 days

SIZE:
15M

PRICE:
Free

CONTENT RATING:
Medium Maturity

| | | |
|---|---|---|
| 5 star | | 86,773 |
| 4 star | 16,759 | |
| 3 star | 5,412 | |
| 2 star | 1,482 | |
| 1 star | 4,073 | |

Average rating

**4.6**

★ ★ ★ ★ ★
114,499

# EXHIBIT 5



# EXHIBIT 6

ANAHEIM HILLS OFFICE

155 NORTH RIVERVIEW DRIVE,
SUITE 313
ANAHEIM HILLS, CALIFORNIA
92808

MEADOR & ENGLE
BUSINESS AND INTELLECTUAL
PROPERTY LAW

WRITERS DIRECT CONTACT:

ALAN E. ENGLE

TELEPHONE: 310-428-6985
FACSIMILE: 714-386-5368
EMAIL: ALAN.ENGLE@MEENLEGAL.COM

May 3, 2012

**By EMAIL**

Feelingtouch, Inc.
Hangzhou, Zhejiang
China
feedback@feelingtouch.com

<b>Re: Infringement of Overkill Copyright by Gun & Blood</b>

To Whom it May Concern:

Our firm represents Craneballs Studios, LLC, a successful developer of original games for the iPhone and Android platforms. We are writing because Feelingtouch's Android game Gun & Blood infringes Craneball's copyright in its game Overkill. Gun & Blood is little more than a duplicate of Overkill with some superficial modifications. Attached hereto as Exhibit A is a summary of some of the numerous similarities between the games. Among other things, Exhibit A demonstrates that Gun & Blood was produced by copying Overkill nearly element for element in a manner that infringes Craneball's copyright

As you are no doubt aware from Feelingtouch's prior experience with Rope Cut, which was suspended from the Android Market, copyright protection is not limited to source code but extends to the overall look, feel, and design of a computer program. *Apple Computer v. Microsoft Corp.*, 35 F.3d 1435, 1442 (9th Cir. 1994) ("Copying may be shown by circumstantial evidence of access and substantial similarity of both the general ideas and expression between the copyrighted work and the allegedly infringing work.") U.S. law affords numerous remedies for copyright infringement, including preliminary injunctions, damages, recovery of lost profits, and, in cases of continued infringement after notice, attorneys fees. Given that Feelingtouch's infringement is blatant, the primary issue for our client is the most efficient means of remedying the situation and obtaining compensation for the infringement.

The most straightforward approach would be to send Google a DCMA takedown notice and have Gun & Blood removed from the Android Market/Google Play. This approach, particularly in light of the prior experience with Rope Cut, could negatively impact Feelingtouch's relationship with Google and potentially limit its future access to the Android Market. In particular, we note that Google's Android Market Developer Agreement provides, among other things, that:

> 5.5 You represent and warrant that you have all intellectual property rights, including all necessary patent, trademark, trade secret, copyright or other proprietary rights, in and to the Product....You agree that You will not submit material to Market that is copyrighted, protected by trade secret or otherwise subject to third party proprietary rights, including patent, privacy and publicity rights, unless You are the owner of such rights or have permission from their rightful owner to submit the material.

> 10.3 Google may at any time, terminate this Agreement with you if: (A) you have breached any provision of this Agreement;

While a takedown notice would limit future infringement, it would not provide a remedy for past infringement nor compensate Craneballs for its lost profits, and it would not stop all distribution of Gun & Blood. However, even after Google removes Gun & Blood from the market, Craneballs would be well positioned to file suit in California for federal copyright infringement. ("§15.7. This Agreement, and your relationship with Google under this Agreement, shall be governed by the laws of the State of California....You and Google agree to submit to the exclusive jurisdiction of the courts located within the county of Santa Clara, California to resolve any legal matter arising from this Agreement.")

Under §13.1 of the Android Market Developer Agreement, Feelingtouch will be responsible for any damages or attorneys' fees Google incurs as a result of the infringement.

> 13.1 To the maximum extent permitted by law, you agree to defend, indemnify and hold harmless Google...from and against any and all third party claims, actions, suits or proceedings, as well as any and all losses, liabilities, damages, costs and expenses (including reasonable attorneys fees) arising out of or accruing from (a) your use of the Market in violation of this Agreement, and (b) your Product that infringes any copyright, trademark, trade secret, trade dress, patent or other intellectual property right....

Page 3 of 3

What should be clear from the above is that Craneballs is in a strong position and has a number of good options to obtain redress for Feelingtouch's infringement. If Feelingtouch did not appear to defend itself in California court, any default judgment could be used to seize Feelingtouch's funds from U.S. financial institutions.

While Craneballs would be well within its rights to unleash the efforts described above, it has no particular desire to harm Feelingtouch or its business beyond what would be required to compensate Craneballs for the prior and continuing infringement. That is why you are receiving this letter instead of a notice from Google that Gun & Blood has been removed from the Android Market.

Both Overkill and Gun & Blood are successful games, with millions of downloads each. To avoid burdensome litigation and excessive harm to Feelingtouch, which may simply lack an understanding of U.S. copyright law, Craneballs would be willing to consider granting Feelingtouch a copyright license to continue offering Gun & Blood. However, the fee for any such license will represent a significant portion of Gun & Blood's total revenue, including any revenue from advertisements or in-game purchases.

I hope you give this matter your full attention and consider our offer carefully, as it is by far the best option for Feelingtouch to remedy the situation. From all appearances, Feelingtouch seems to be a successful and growing company that is poised to have a significant presence in the market for mobile applications. We hope that you will view this matter as a learning experience and an opportunity to move forward growing your company in a lawful manner. Should we not hear from you within 21 days of this letter, the path forward for Craneballs is clear, and we will commence the actions discussed above without concern for the damage Feelingtouch or its business will sustain.

Very Truly Yours,

Alan Engle

# EXHIBIT A

# DEAR OVERKILL FANS

WE FOUND THAT OUR IPHONE GAME OVERKILL BECAME A GREAT INSPIRATION FOR A NEWBORN TWIN BROTHER FROM **feeling touch** CALLED GUNS AND BLOOD.




TO FIND 5 DIFFERENCES IS MISSION IMPOSSIBLE SO WE MUST CONGRATULATE THE INVENTORS FOR THEIR ACCURATE OBSERVATION - **WELL DONE GUYS!**




WE WISH OUR COMPETITORS GOOD LUCK AND OPEN MIND TO COME UP **WITH ORIGINAL IDEAS** IN THE FUTURE.





# WE ARE GLAD YOU LOVE COPYING OUR GAME SO MUCH



We make games with balls

# CRANEBALLS

# KEEP IN TOUCH FOLKS!

# EXHIBIT 7



← → C 🏠 | 🔍 appaddict.net/2012/11/27/copycatter-samsung-rewards-top-prize-in-their-android-gaming-competition-to-anothe 🔍 ☆

# COPYCATTER SAMSUNG REWARDS TOP PRIZE IN THEIR ANDROID GAMING COMPETITION TO ANOTHER BLATANT IOS COPYCAT

NEWS                                    by BRETT NOLAN on NOVEMBER 27, 2012

Please support our sponsors


CLICK TO PLAY
WATCH ▶ VIDEO



Not satisfied with just blatantly copying Apple themselves, it seems as if Samsung is out to reward equally as deplorable developers by awarding the top prize in their Smart App Challenge Android app development competition to a game that is an obvious ripoff of the iOS game Overkill from Craneballs Studios.


SAMSUNG SMART APP CHALLENGE 2012

Craneballs brought this terrible injustice to our attention.

> In April of this year, we discovered Gun & Blood for Android was incredibly similar to our iOS app Overkill. And similar is an understatement. The game mechanics and design, the whole idea behind Overkill was shamelessly taken over by feeling touch with only slightly reworked graphics. Previous version of Gun & Blood even used the same text, word for word!


DISCOVER FARES FROM $59
jetBlue
Let's go
Restrictions apply

### JUST HOW SIMILAR ARE THE GAMES?



Samsung bills their Smart App Challenge as a way to "reward the developers of innovative apps", yet it appears their judging criteria for "winning game" is based solely on highest download count. Samsung should have made out the $200,000 check to Craneballs, as they are the true innovative force behind the game.

Check out this graphical comparison sent to us by Craneballs and see for yourself just how 'innovative' the Samsung's Grand Prize selection, Gun & Blood (from Feeling Touch) really is. They even copied the typos AND CREDITS!!! If it weren't so sad, it'd be laughable.

Feeling Touch...they'd have better off naming the studio 'Sticky Fingers'! Really Samsung, you are going to reward this?!

Craneballs has reached out to Samsung for comment (and an explanation), but so far has not received a reply.

While the iOS ecosystem is not immune to its own fair share of copycat apps, Apple generally does a good job at squashing these down when reported. It is sickening to see Samsung actively rewarding and promoting such behavior and calling it innovative. If this is by chance some misguided attempt to stick it to Apple, you are far from your goal. Instead you are just hurting a hard-working indie developer and sending the wrong message, saying that it's alright to clone (well, to be fair, you were already sending that message anyways).


iPhone 5
Know [A-Z] Words
Advertise Here

Advertise Here

Advertise Here


Download a FREE audiobook
audible.com
Go Now!


ALOT
Search & Win
Facebook Credits

SW
slickwraps
Carbon Fiber

# EXHIBIT 8



* [Home](#)
* [Comic Books](#)
* [Video Game News](#)
* [Video Game Reviews](#)
* [About Nine Over Ten 9/10](#)

[Home](#) : [Google Android](#) : Feelingtouch Plagiarises Hit iOS Title Overkill & Wins Samsung Smart App Challenge

# Feelingtouch Plagiarises Hit iOS Title Overkill & Wins Samsung Smart App Challenge

[Google Android](#), [Inside Gaming](#), [iOS](#), [iPad](#), [iPhone](#), [Musings](#), [Video Game News](#) November 28, 2012 0



L ke  6    Tweet  7         2         6

Imagine that you have it good with a hit game on both Android and iOS platforms, and someone plagiarises your game, submits that new game into a competition and then wins it. The whole scenario sounds incredulous, but for the sake of argument, if I were the developer of the plagiarised game, I would be totally incensed and would go on a warpath to set things straight.

So imagine how the developers at **Craneball Studios** felt when this nightmare scenario actually happened to them, in real life? They dropped me a line recently regarding their game, iOS & Android title **Overkill**. Apparently an Asian studio called **Feelingtouch Inc (a.k.a FT Games, previously known as Superdroid.net)** came up with a game called Gun & Blood which proceeded to win the best game category in the **Samsung Smart App Challenge**.

The folks at Craneball actually found out back in April that Gun & Blood is really similar to that of Overkill, in which the game's mechanics and design had been plagiarised with slightly reworked graphics. To add salt to injury, feeling touch saw fit to use text from Overkill in previous versions of Gun & Blood. Check out the comparison chart below to see for yourself:





